UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KENNETH M. HERVOCHON,　　　　　　　　　　　　Index No.: 14-CV-6017 (CS)

        Plaintiff,

    -against-

IONA COLLEGE,
        Defendant/Third-Party Plaintiff,

    -against-

HENNESSEY CONSTRUCTION CO., INC.,

        Third-Party Defendant,
        Fourth-Party Plaintiff

    -against-

GOTHAM INSURANCE COMPANY,

        Fourth-Party Defendant.

-----------------------------------------------------------------X

IONA COLLEGE,
        Defendant, Third-Party Plaintiff,
        Second Third-Party Defendant,

    -against-

GOTHAM INSURANCE COMPANY,

        Second Third-Party Defendant.
-----------------------------------------------------------------X

## NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Plaintiff Kenneth M. Hervochon |
| **DATE, TIME AND PLACE OF HEARING:** | Oral argument date to be set:<br>United States District Court,<br>Southern District of New York |

**SUPPORTING PAPERS:** Affirmation of William G. Kelly, Esq., with attached exhibits, 56.1 Statement, Memorandum of Law, and all prior pleadings and proceedings.

**RELIEF DEMANDED:** (1) Pursuant to Federal Rules of Civil Practice Rule 56 for Summary Judgment on Labor Law § 240(1); and

(2) For such other and further relief as this Court may deem just and proper.

Dated: White Plains, New York
      October 8, 2015

GOLDBERG SEGALLA, LLP


By:   /s/ William G. Kelly
William G. Kelly, Esq.
Attorneys for Plaintiff
11 Martine Avenue, Suite 750
White Plains, New York 10606-1934
(914) 798-5400
File #: 7808.0001

TO:   Joshua Hackman, Esq.
      Menz Bonner Komar & Koenigsberg LLP
      444 Madison Avenue, 39th Floor
      New York, NY 10022
      Attorneys for Third-Party Defendant Hennessey Construction

      Peter A. Meisels, Esq.
      Wilson Elser Moskowitz Edelman & Dicker LLP
      1133 Westchester Avenue
      White Plains, NY 10604
      Attorneys for Defendant Iona College

      Ann Odelson, Esq.
      Carroll, McNulty & Kull, LLC
      570 Lexington Avenue
      8th Floor
      New York, NY 10022
      Attorneys for Third-Party Defendant Gotham Insurance Company