

570 Lexington Avenue
8th Floor
New York, New York 10022

212.252.0004
212.252.0444

cmk.com

April 18, 2017

Application granted. Gotham to advise re: mediation by 5/2/17.

**Via ECF and Electronic Mail**
Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
Courtroom 621
300 Quarropas Street
White Plains, New York 10601-4150

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

April 19, 2017

Re: **Kenneth M. Hervochon v. Iona College, et al.**
   **Civil No. 14-CV-6017 (CS)**

Dear Judge Seibel:

We represent third-party defendant Gotham Insurance Company ("Gotham") in this matter and write with respect to Your Honor's recent instruction that we advise the Court, by today, of Gotham's position regarding mediation in this case.

Gotham has continued its settlement discussions with Hennessey Construction Co., Inc. ("Hennessey") and Iona College ("Iona"), and was first advised of a settlement demand made by plaintiff late last week. We also received, last week, a copy of the transcript of Your Honor's March 16, 2017 decision.

In view of the foregoing, we respectfully request a two week extension of time to provide the Court with Gotham's position. This is the second request that is being made in connection with this issue.

We thank the Court for its attention to this matter.

Very truly yours,

Ann Odelson

cc: counsel of record *(via ECF and email)*

