

570 Lexington Avenue
8th Floor
New York, New York 10022

212.252.0004
212.252.0444

cmk.com

May 2, 2017

**Via Facsimile and Electronic Mail**
Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
Courtroom 621
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    **Kenneth M. Hervochon v. Iona College, et al.**
              **Civil No. 14-CV-6017 (CS)**

Dear Judge Seibel:

We represent third-party defendant Gotham Insurance Company ("Gotham") in this matter and write to advise the Court that Gotham will participate in mediation of this case.

We thank the Court for its attention to this matter.

                                      Very truly yours,

                                      Ann Odelson

cc:    counsel of record *(via email)*

 BASKING RIDGE | NEW YORK | PHILADELPHIA | CHICAGO

\* \* \* Communication Result Report ( May. 2. 2017 5:54PM ) \* \* \*
1) CMK
2)

Date/Time: May. 2. 2017 5:53PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 3340 | Memory TX | 919143904278 | P. 2 | OK | |

Reason for error
 E. 1) Hang up or line fail          E. 2) Busy
 E. 3) No answer                     E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size

CMK CARROLLMCNULTYKULL LLC
COUNSELLORS AT LAW

570 Lexington Avenue
10th Floor
New York, NY 10022

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, NJ 07920

212.252.0004 PHONE
212.252.0444 FAX

908.848.6300 PHONE
908.848.6310 FAX

# FAX COVER SHEET

Date:      May 2, 2017

To:        Hon. Cathy Seibel
Fax No.:   (914) 390-4278

From:      Ann Odelson

Re:        **Kenneth M. Hervochon v. Iona College, et al.**
           (Civil No. 14-CV-6017)

Total number of pages including cover:    2
Message:

Justice Seibel,

Enclosed is correspondence concerning Gotham Insurance Company's position regarding mediation of this case. We were unable to upload them via ECF and will email copies to all parties.

cmk.com

The information contained in this facsimile is privileged and confidential information intended for the use of the individual or entity named above. If the reader of the message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this facsimile message, or taking any action in reliance upon the contents of this facsimile message, is strictly prohibited. If you have received this communication in error, please destroy the original and all copies of the facsimile and immediately notify us by telephone at (212) 252-0004. Thank you.