UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
 Hervochon,

                                              MEDIATION REFERRAL
                                                      ORDER
                                                 7:14-cv-06017-cs

 Iona College,
----------------------------------------------------------------X


Cathy Seibel, United States District Judge:


            It is hereby ORDERED that this case is referred for  mediation to the

Court-annexed Mediation Program.  The parties are hereby notified that Local Rule 83.9

shall govern the mediation and are directed to participate in the mediation in good faith.

The mediation will have no effect upon any scheduling Order issued by this Court

without leave of this Court.



Dated: White Plains, NY
       May 3, 2017

                                              SO ORDERED.

                                              CATHY SEIBEL, U.S.D.J.