

Rory L. Lubin
914.872.7115
rory.lubin@wilsonelser.com

September 12, 2017

**By ECF and e-mail**

**chambersnysdseibel@nysd.uscourts.gov**

Honorable Cathy Seibel, *U.S.D.J.*
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:  <u>Kenneth Hervochon v. Iona College v. Hennessey Construction Co. Inc.</u>
 <u>Kenneth Hervochon v. Iona College v. Gotham Insurance Company</u>
 Docket No. 14 CV 06017 (CS)

Dear Judge Seibel:

We represent Iona College ("Iona") in the referenced action. We understand that the Court was informed this morning by plaintiff's counsel that plaintiff's personal injury action was settled and that tomorrow's pre-trial conference has been cancelled. However, Iona wishes to inform the Court that the settlement reported is subject to the approval of Iona's Board of Trustees, which is pending.

Furthermore, Iona requests that tomorrow's 4:00 pm conference be maintained, or re-scheduled at the Court's earliest convenience, to discuss the remaining aspects of the litigation, namely Iona's third-party fee claim against Gotham Insurance Company that has not yet been resolved.

I have spoken with Hennessey Construction's counsel who joins the request for a conference to discuss the remaining aspects of his client's claim against Gotham Insurance Company.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Rory L. Lubin

cc: Counsel of Record (by e-mail)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains

wilsonelser.com

6680542v.1