Our Ref  01271-00137

**MEMO ENDORSED**

# Kennedys CMK

Via ECF

570 Lexington Avenue
8th Floor
New York
New York 10022
USA

T +1 212.252.0004
F +1 212.252.0444

www.kennedyslaw.com

(646) 625-3963

ann.odelson@kennedyscmk.com

March 2, 2018

Honorable Paul E. Davison, U.S.M.J.
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
Courtroom 420
300 Quarropas Street
White Plains, New York 10601-4150

Re:   Hervochon v. Iona College (14-cv-06017-CS)

Dear Judge Davison:

This firm represents Gotham Insurance Company ("Gotham") in connection with this matter.

I write to respectfully request an adjournment of the settlement conference currently scheduled for April 2, 2018 at 2:30 pm as I will be on a family vacation that was pre-planned and pre-paid, and involves out of state travel.

I thank the Court for its consideration of this matter.

Very truly yours,

*Ann Odelson*

Ann Odelson

cc:

Rory L. Lubin, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, New York 10604
rory.lubin@wilsonelser.com

4/10/18 @
2:30 p.m.

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

3-6-18

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP.

Kennedys offices, associations and cooperations: Australia, Argentina, Belgium, Brazil, Chile, China, Colombia, Denmark, England and Wales, France, Hong Kong, India, Ireland, Italy, Mexico, New Zealand, Northern Ireland, Norway, Pakistan, Peru, Poland, Portugal, Russian Federation, Scotland, Singapore, Spain, Sweden, United Arab Emirates, United States of America.